*J. G. Jones* and *J. E. Blythe*, for the appellee.

---

BURKE *v.* THE INDIANAPOLIS AND CINCINNATI RAILROAD COMPANY.

APPEAL from the *Decatur* Court of Common Pleas.

*Per Curiam.*—On the facts in this case, the judgment is affirmed with one quarter of one per cent. damages and costs (1).

*J. Gavin* and *O. B. Hord*, for the appellant.

*J. S. Scobey*, for the appellees.

(1) The facts in the case cannot be briefly stated, nor is the importance of the decision commensurate with the space they would occupy.